BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

KOLEY A. BORCHARD
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Office of the Staff Judge Advocate
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:15-CR-00006-JLT and Case No. 4426022 |
| v. | |
| ALEXANDRIA STOGNER, | STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE DATE |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the UNITED STATES OF AMERICA and Defendant, through her attorney of record, ERIN SNIDER, FEDERAL DEFENDER'S OFFICE, that the status conference presently set for July 7, 2015, be continued to August 4, 2015, at 9:00 a.m. The parties further ask the Court to exclude the time period from the date of the Court's order to the new status conference date for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161.

**SO STIPULATED.**

Respectfully Submitted

BENJAMIN B. WAGNER
United States Attorney

DATED: <u>6th</u> July 2015        By        _____
                                             KOLEY A. BORCHARD
                                             Special Assistant United States Attorney


DATED: <u>6th</u> July 2015        By        */s/ Erin Snider*_____
                                             ERIN SNIDER
                                             Assistant Federal Defender

**ORDER**

**IT IS SO ORDERED.** That the cases against Ms. Alexandria Stogner, Case Number 5:15-CR-00006-JTL and 4426022, be continued to August 4, 2015, at 9:00 a.m. For purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161, the time from the date of this order to the new status conference date will be excluded.

DATED: July __7__, 2015

_____
Jennifer L. Thurston, Magistrate Judge
United States District Court