HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALEXANDRIA STOGNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.  5:15-cr-00006 JLT ) |
| vs. | ) JOINT MOTION TO VACATE TRIAL DATE ) AND SET FOR CHANGE OF PLEA AND ) SENTENCING HEARING; [PROPOSED] |
| ALEXANDRIA STOGNER, | ) ORDER ) |
| Defendant. | ) Date:  September 6, 2016 ) Time: 9:00 a.m. ) Judge: Hon. Jennifer L. Thurston |

The parties, through their respective counsel, MEGAN T. HOPKINS, Assistant Federal Defender, counsel for defendant, ALEXANDRIA STOGNER, and KOLEY BORCHARD, Special Assistant United States Attorney, counsel for plaintiff, hereby move to vacate the trial date currently set for August 1, 2016, at 10:00 a.m. and to set the matter for a change of plea and sentencing hearing on September 6, 2016 at 9:00 a.m.

The parties have reached an agreement and are in the process of executing a written plea agreement.  Once executed, the agreement will be filed with the court.  It has been determined that, in light of the agreement reached by the parties, the trial date will no longer be necessary. Ms. Stogner is prepared to change her plea on September 6, 2016.

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP TALBERT
Acting United States Attorney

DATED: July 28, 2016

/s/ *Koley Borchard*
KOLEY BORCHARD
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 28, 2016

/s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
ALEXANDRIA STOGNER

**O R D E R**

Pursuant to the joint motion of the parties to vacate the trial date and set the matter for a change of plea, it is hereby ordered that trial currently set for August 1, 2016, at 10:00 a.m., is vacated and the matter is set for a change of plea and sentencing hearing on September 6, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 28, 2016**       /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE