# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ALEXANDRIA RENE FORD, aka Alexandria Rene Stogner,<br><br>        Defendants. | ) No. 5:15-cr-00006-JLT<br>) Citation No. 4426022<br>)<br>) ORDER ON PLEA AGREEMENT<br>)<br>)<br>)<br>)<br>) |

1. The Court accepts the plea agreement, finds a sufficient factual basis for the plea as set forth in the statement of probable cause, and finds Alexandria Rene Ford, aka Alexandria Rene Stogner, guilty of violating 21 U.S.C. § 844;

2. Ms. Ford **SHALL** pay a fine of $500.00 within 10 months, **SHALL** complete 50 hours of community service and provide proof of completion within 10 months, and **SHALL** be sentenced to unsupervised probation for a term of 12 months;

3. In accordance with the plea agreement and 18 U.S.C. § 3607, if, after the expiration of the term of probation, the Defendant has not violated a condition of her probation, no judgment of conviction shall be entered against the Defendant and Case No. 5:15-cr-00006-JLT shall be dismissed.

///

///

///

4. No further appearances are required.

IT IS SO ORDERED.

Dated: __**August 12, 2016**__                    __/s/ Jennifer L. Thurston__
                                                                  UNITED STATES MAGISTRATE JUDGE