# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 5:15-cr-00006-JLT

U.S.A.
v.

Alexandria Stogner

aka Alexandria Ford

ORDER TO PAY

**FILED**

AUG 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(this area intentionally left blank)

---

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ __465.00__    (✓) Penalty ASSESSMENT of $ __10.00__

(✓) PROCESSING Fee of $ __25.00__    for a **TOTAL AMOUNT** of $ __500.00__ ,

paid within __10 months__ ~~days~~.    OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. ____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. ____
( ) RESTITUTION _____
(✓) COMMUNITY SERVICE __50 hours__ with fees not to exceed $ _____
to be completed ~~by~~ within 10 months with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / ~~supervised~~ for: 12 months _____

---

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
PO Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982

☑ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721
559-499-5600

☐ (Traffic School payments / certificates are mailed to)
U.S. Courts - CVB
PO Box 780549
San Antonio, TX 78278-0549
1-800-827-2982

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 8/12/2016    */s/ Jennifer L. Thurston*
U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007