HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALEXANDRIA R. STOGNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRIA R. STOGNER,<br><br>Defendant. | Case No.  5:15-cr-00006-JLT<br><br>**AMENDED MOTION TO CONTINUE NOVEMBER 7, 2017 SENTENCING HEARING; [PROPOSED] ORDER**<br><br>Date:   November 7, 2017<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

Defendant Alexandria R. Stogner hereby requests that the Court continue the November 7, 2017 sentencing hearing to Tuesday, January 9, 2018 at 9:00 a.m.

On November 3, 2017, the undersigned filed a Notice of Motion and Motion to Dismiss and Memorandum of Points and Authorities.

                                                                   Respectfully submitted,

                                                                   HEATHER E. WILLIAMS
                                                                   Federal Defender

Date: November 3, 2017                         */s/ Andrew Wong*
                                                                   ANDREW WONG
                                                                   Assistant Federal Defender
                                                                   Attorney for Defendant
                                                                   ALEXANDRIA R. STOGNER

///

# **O R D E R**

Good cause appearing, the sentencing hearing as to Alexandria R. Stogner currently scheduled for November 7, 2017, is continued to **January 9, 2018**, at 9:00 a.m. or as soon thereafter as the Court may be available.

IT IS SO ORDERED.

Dated: **November 6, 2017**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE