|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 5:15-cr-00006 JLT |
|---|---|---|
| | ) | |
| *Plaintiff*, | ) | STIPULATION AND ORDER SETTING |
| | ) | MOTION SCHEDULE |
| vs. | ) | |
| | ) | |
| ALEXANDRIA R. STOGNER, | ) | |
| | ) | |
| | ) | |
| *Defendant*. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Kyle Ratliff, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Alexandria R. Stogner, stipulate to the following motion schedule for Ms. Stogner's motion to dismiss:

        Motions due:      October 31, 2017

        Responses due:   November 14, 2017

        Replies due:      November 28, 2017

*///*

*///*

*///*

*///*

*///*

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: November 6, 2017       /s/ Kyle R. Ratliff
                             KYLE RATLIFF
                             Special Assistant United States Attorney
                             Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 6, 2017       */s/ Andrew Wong*
                             ANDREW WONG
                             Assistant Federal Defender
                             Attorney for Defendant
                             ALEXANDRIA STOGNER

IT IS SO ORDERED.

Dated:   **November 7, 2017**           **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE