PHILLIP A. TALBERT
United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:15-cr-00006 JLT |
|---|---|
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER TO MOVE MOTION HEARING AND AMEND MOTION SCHEDULE |
| vs. | ) |
| ALEXANDRIA R. STOGNER, | ) Judge: Hon. Jennifer L. Thurston |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Kyle Ratliff, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Alexandria R. Stogner, that the motion hearing currently set for December 5, 2017, at 9:00 a.m. be moved to January 9, 2017, at 9:00 a.m.

The parties also further stipulate to amend the motion schedule as follows:

      Motions due:      November 3, 2017

      Responses due:      November 17, 2017

      Replies due:      December 1, 2017

///

///

///

Respectfully submitted,

Phillip Talbert
United States Attorney

Date: November 14, 2017

*Kyle R. Ratliff*
KYLE RATLIFF
Special Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2017

*/s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
ALEXANDRIA STOGNER

**O R D E R**

**IT IS SO ORDERED.**

DATED: 11/17/17

Hon. Jennifer L. Thurston
United States Magistrate Judge