HEATHER E. WILLIAMS, CA Bar No.122664
Federal Defender
ANDREW WONG, CA Bar No. 308269
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ALEXANDRIA R. STOGNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRIA R. STOGNER,<br><br>Defendant. | Case No. 5:15-cr-00006-JLT<br><br>**REQUEST FOR RULE 43 WAIVER OF APPEARANCE AT NON-SUBSTANTIVE PROCEEDINGS; [PROPOSED] ORDER**<br><br>Date: January 9, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Alexandria R. Stogner, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear at the January 9, 2018 motion hearing. Ms. Stogner agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent hers interests at all times.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 8, 2018
*/s/ Andrew Wong*
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
ALEXANDRIA R. STOGNER

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the January 9, 2018 motion hearing is waived.

IT IS SO ORDERED.

Dated: **January 8, 2018**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE